**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DONNA L. REILLY,

    Plaintiff,

vs.                                        Case No. 3:04-cv-1320-J-32HTS

DUVAL COUNTY PUBLIC SCHOOLS,

    Defendant.
_____

## O R D E R

The undersigned hereby recuses himself from further proceedings in this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of February, 2007.

                                                /s/      Howard T. Snyder
                                                HOWARD T. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any